# EXHIBIT A

**Matt Feinberg**

**From:** Bender, Edmund <Edmund.Bender@sba.gov>
**Sent:** Wednesday, November 19, 2025 4:17 PM
**To:** Matt Feinberg
**Cc:** Klein, John W.
**Subject:** [EXTERNAL EMAIL] Administrative record - ATI Government Solutions LLC
**Attachments:** LEXIS_ati_government_solutions.pdf; SAM Record ATI Government Solutions.pdf

Dear Matt,

As requested, please find the administrative record for the Notice of Suspension issued to ATI Government Solutions LLC on October 21, 2025. In addition to the attached documents, SBA's suspension is based on the following videos produced by the O'Keefe Media Group:

1. "Pass-Throughs", "Shell-Companies", & $100 Billion Federal Contracting Scam | O'Keefe Media Group
2. BREAKING: ANOTHER Federal Contractor Admits to $100M Fraud & Outsourcing to Accenture
3. CONFRONTING Former ATI Employee Who Exposed MILLIONS in Government Contract Fraud

Regards,
Ed

## Table of Contents

Business Summary ........ 2
Name Variations - 3 name variations found ........ 2
TINs - 0 TIN(s) found ........ 2
Executives: Current - 1 executive(s) found ........ 3
Incorporation/SOS (3 active, 4 other) ........ 3
OperatingLocations - Showing 5 location(s) ........ 4
Sales - 1 record(s) found ........ 5
Parent Company - 0 record(s) found ........ 5
Industry Information - 24 record(s) found ........ 5
Licenses - 0 licenses found ........ 5
URLs - 3 URLs found ........ 5
Bankruptcy (0 active, 0 closed) ........ 5
Judgments/Liens (0 filings) ........ 6
UCC Filings (5 debtor, 0 creditor) ........ 6
Real Property (0 current, 0 prior) ........ 8
Personal Property (0 current, 0 prior) ........ 8
Motor Vehicles (Showing 0 of 0) ........ 8
Watercraft (Showing 0 of 0) ........ 8
Aircraft (Showing 0 of 0) ........ 8
Executives: Prior - 2 prior executive(s) found ........ 8
Registered Agents - 4 registered agent(s) found ........ 8
Possible Employees - 2 current, 4 prior employees found ........ 8
Person Associates - 1 other person associates found ........ 9
Possible Connected Business - 6 businesses found ........ 9
Business Associates - 2 business associates found ........ 9
Sources - 32 record(s) found ........ 9

LexisNexis

1 OF 1 RECORD(S)

# SmartLinx® Comprehensive Business Report

**Report Created:** 11-07-2025 9:07 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2025 LexisNexis, All rights reserved.

**Search Terms -** company(ati government solutions) radius(15) state(MD)

| | | | |
|---|---|---|---|
| Executives - Current (1) | Incorporation/SOS (7) | Operations/Sites (5) | Sales (1) |
| Licenses (0) | URLs (3) | Real Property - Current (0) | Real Property - Prior (0) |
| MVRs - Current (0) | MVRs - Prior (0) | Watercraft - Current (0) | Watercraft - Prior (0) |
| Aircraft - Current (0) | Aircraft - Prior (0) | Bankruptcy Filings (0) | Judgments & Liens Filings (0) |
| UCC Filings (5) | Executives - Prior (2) | Registered Agents (4) | Name Variations (3) |
| Possible Employees (6) | Person Associates (1) | Business Associates (2) | TINs (0) |
| Possible Connected Business (6) | Parent Company (0) | Industry Information (1) | |
| View All Sources (32) | | | |

## Business Summary

| Name | Address | Phone |
|---|---|---|
| ATI GOVERNMENT SOLUTIONS, LLC | [redacted]<br>Arlington, VA 22201-3361<br>Arlington County | [redacted]<br>✔ (Most Recent Listing)<br>01/16/2013 - 11/05/2025 (B) (Business) |

| LexID | Established | TIN |
|---|---|---|
| 0004-9673-2769 | 2018<br>(7 Years in Business) | |

**At a Glance**

| | | | |
|---|---|---|---|
| **Real Property** | 0 | **UCC Debtor** | 4 |
| **Personal Property** | 0 | **Bankruptcy** | 0 |
| **Secured Assets** | 0 | **Judgments/Liens** | 0 |
| **Executives** | 1 | **Foreclosure/Notice of Default** | 0 |

## Name Variations - 3 name variations found

| NO. | NAME |
|---|---|
| 1 | ATI GOVERNMENT SOLUTIONS, LLC |
| 2 | ATI GOVERNMENT SOLUTIONS LLC |
| 3 | EXIGENT SOLUTIONS LLC |

## TINs - 0 TIN(s) found

**Business Profile**

## Executives: Current - 1 executive(s) found

| NO. | NAME | TITLE |
|---|---|---|
| 1. | Crutchfield, Firmadge<br>Associated with Other Companies | - CHIEF EXECUTIVE OFFICER (09/2020 - 09/09/2025)<br>- MANAGER (09/2020 - 09/09/2025)<br>- CONTACT (10/02/2023)<br>- N/A (03/2018 - 09/04/2023) |

## Incorporation/SOS (3 active, 4 other)

| NO. | NAME | FILING TYPE | STATUS | FILING DATE | FILING NO. | STATE |
|---|---|---|---|---|---|---|
| 1. | ATI GOVERNMENT SOLUTIONS, LLC | | N/A | 07/11/2025 | 0006354767 | ID |

*Additional Details*
Business Status: N/A
For Profit: Unknown
Origin: State of ID

| NO. | NAME | FILING TYPE | STATUS | FILING DATE | FILING NO. | STATE |
|---|---|---|---|---|---|---|
| 2. | ATI GOVERNMENT SOLUTIONS, LLC | LIMITED LIABILITY CORPORATION | TERMINATED | 10/02/2023 | 13422176 | IL |

*Additional Details*
Business Type: LIMITED LIABILITY CORPORATION
Business Status: TERMINATED
For Profit: Unknown
Foreign/Domestic: Foreign
Foreign Incorporation Location: CALIFORNIA
Origin: State of IL

| NO. | NAME | FILING TYPE | STATUS | FILING DATE | FILING NO. | STATE |
|---|---|---|---|---|---|---|
| 3. | ATI GOVERNMENT SOLUTIONS, LLC | LIMITED LIABILITY COMPANY - OUT OF STATE | ACTIVE | 08/18/2023 | 202358618357 | CA |

*Additional Details*
Business Type: LIMITED LIABILITY COMPANY - OUT OF STATE
Business Status: ACTIVE
For Profit: Unknown
Foreign/Domestic: Foreign
Origin: State of CA

| NO. | NAME | FILING TYPE | STATUS | FILING DATE | FILING NO. | STATE |
|---|---|---|---|---|---|---|
| 4. | ATI GOVERNMENT SOLUTIONS LLC | | ACTIVE | 12/16/2020 | | |

*Additional Details*
Business Status: ACTIVE
Filing Type: Trade Name
For Profit: Unknown
Origin: Other Business Filing

| NO. | NAME | FILING TYPE | STATUS | FILING DATE | FILING NO. | STATE |
|---|---|---|---|---|---|---|
| 5. | ATI GOVERNMENT SOLUTIONS, LLC | FOREIGN LLC | ACTIVE | 11/09/2020 | Z21106851 | MD |

*Additional Details*
Business Type: FOREIGN LLC
Business Status: ACTIVE
For Profit: Unknown
Foreign/Domestic: Foreign
Origin: State of MD

*Filing History (most recent two years)*

| Filing Date | Description |
|---|---|

11/09/2020 REGISTRATION

| | | | | | | |
|---|---|---|---|---|---|---|
| 6. | ATI GOVERNMENT SOLUTIONS, LLC | LIMITED LIABILITY CORPORATION | INACTIVE | 04/05/2018 | T0743932 | VA |

*Additional Details*
Business Type: LIMITED LIABILITY CORPORATION
Business Status: INACTIVE
Expiration: PERPETUAL
For Profit: Unknown
Foreign/Domestic: Domestic
Origin: State of VA

| | | | | | | |
|---|---|---|---|---|---|---|
| 7. | ATI GOVERNMENT SOLUTIONS LLC | FOREIGN LLC | N/A | 10/17/2017 | 001100223 | AL |

*Additional Details*
Business Type: FOREIGN LLC
Business Status: N/A
Filing Type: FORMATION
For Profit: Unknown
Foreign/Domestic: Foreign
Foreign Incorporation Location: CALIFORNIA
Origin: State of AL

## OperatingLocations - Showing 5 location(s)

| NO. | ADDRESS | METRO AREA | PHONE |
|---|---|---|---|
| 1. | [redacted]<br>Susanville, CA 96130-4796<br>Lassen County | LASSEN COUNTY | [redacted]<br>✔ (Most Recent Listing)<br>01/16/2013 - 11/05/2025 Ⓑ (Business) |
| 2. | [redacted]<br>Frederick, MD 21701-5980<br>Frederick County | Washington, DC-MD-VA-WV | [redacted]<br>✔ (Most Recent Listing)<br>03/11/2021 - 11/05/2025 Ⓑ (Business)<br>[redacted]<br>Ⓦ (Wireless)<br>[redacted]<br>✔ (Most Recent Listing)<br>01/16/2013 - 11/05/2025 Ⓑ (Business) |
| 3. | [redacted]<br>Oakland, MD 21550-1139<br>Garrett County | GARRETT COUNTY | |
| 4. | [redacted]<br>Waynesboro, PA 17268-9640<br>Franklin County | FRANKLIN COUNTY | [redacted]<br>Ⓦ (Wireless) |
| 5. | [redacted]<br>Arlington, VA 22201-3361<br>Arlington County | Washington, DC-MD-VA-WV | [redacted]<br>✔ (Most Recent Listing)<br>01/16/2013 - 11/05/2025 Ⓑ (Business) |

[redacted]
(Wireless)
[redacted]
(Wireless)
[redacted]
(Wireless)

## Sales - 1 record(s) found

| ANNUAL SALES | DATE REPORTED |
|---|---|
| $366,000.00 | 09/09/2025 |

## Parent Company - 0 record(s) found

## Industry Information - 24 record(s) found

| SIC | | NAIC | |
|---|---|---|---|
| 7379 | Computer Related Services, Nec | 541519 | Other Computer Related Services |
| 0781 | Landscape Counseling And Planning | 236220 | Commercial and Institutional Building Construction |
| 1542 | Nonresidential Construction, Nec | 333318 | Other Commercial and Service Industry Machinery Manufacturing |
| 1623 | Water, Sewer, And Utility Lines | 334118 | Computer Terminal and Other Computer Peripheral Equipment Manufacturing |
| 3575 | Computer Terminals | 334610 | Manufacturing and Reproducing Magnetic and Optical Media |
| 3577 | Computer Peripheral Equipment, Nec | 541511 | Custom Computer Programming Services |
| 3578 | Calculating And Accounting Machines | 561210 | Facilities Support Services |
| 3661 | Telephone And Telegraph Apparatus | 921120 | Legislative Bodies |
| 7231 | Beauty Shops | 921190 | Other General Government Support |
| 7371 | Computer Programming Services | | |
| 7372 | Prepackaged Software | | |
| 8744 | Facilities Support Services | | |
| 9121 | Legislative Bodies | | |
| 9199 | General Government, Nec | | |
| 9224 | Fire Protection | | |

Industry Description: COMPUTER PROGRAMMING SERVICES
Business Description: COMPUTER TERMINAL & OTHER COMPUTER PERIPHERAL EQUIPMENT MFR

## Licenses - 0 licenses found

## URLs - 3 URLs found

ATISOLUTIONS.US
EXIGENTLLC.COM
SIRCORPORATION.COM

## Bankruptcy (0 active, 0 closed)

## Judgments/Liens (0 filings)

## UCC Filings (5 debtor, 0 creditor)

| NO. | ROLE | STATUS | ORIG. FILING DATE | ORIG. FILE NUMBER | JURISDICTION | FILE TYPE |
|---|---|---|---|---|---|---|
| 1. | Debtor | Active | 06/23/2025 | 250623-1100000 | MD | Initial Filing |

**Filing Office Information**
UCC DIVISION
301 W Preston St
Baltimore, MD 21201

**Filing 1**
Filing Number: 250623-1100000
Filing Date: 06/23/2025
Filing Type: INITIAL FILING
Expiration: 06/23/2030

**Debtor 1**
ATI GOVERNMENT SOLUTIONS, LLC
[redacted]
Frederick, MD 21701-5980

**Secured Party Info 1**
**Bank, John Marshall**
1943 Isaac Newton Sq E Ste 100
Reston, VA 20190-5013

| | | | | | | |
|---|---|---|---|---|---|---|
| 2. | Debtor | Active | 06/23/2025 | 2025061353 | DC | Initial Filing |

**Filing Office Information**
FINANCE & REVENUE DEPT
400 7th Street
Washington, DC 20001

**Filing 1**
Filing Number: 2025061353
Filing Date: 06/23/2025
Filing Type: INITIAL FILING

**Debtor 1**
ATI GOVERNMENT SOLUTIONS, LLC
[redacted]
Frederick, MD 21701-5980

**Secured Party Info 1**
**Bank, John Marshall**
1943 Isaac Newton Sq E Ste 100
Reston, VA 20190-5013

| | | | | | | |
|---|---|---|---|---|---|---|
| 3. | Debtor | Active | 07/31/2019 | 2019080322 | DC | Initial Filing |

**Filing Office Information**
FINANCE & REVENUE DEPT
400 7th Street
Washington, DC 20001

**Filing 1**
Filing Number: 2019080322
Filing Date: 07/31/2019
Filing Type: INITIAL FILING

**Debtor 1**
ATI GOVERNMENT SOLUTIONS, LLC
[redacted]
Arlington, VA 22201-3361

**Secured Party Info 1**
BRANCH BANKING AND TRUST COMPANY
2200 Wilson Blvd Ste 200
Arlington, VA 22201-3324

| | | | | | | |
|---|---|---|---|---|---|---|
| 4. | Debtor | Active | 07/30/2019 | 19073067943 | VA | Initial Filing |

**Filing Office Information**
SECRETARY OF THE COMMONWEALTH/UCC DIVISION
Old Finance Bldg Capitol Square
Richmond, VA 23219

**Filing 1**
Filing Number: 19073067943
Filing Date: 07/30/2019
Filing Type: INITIAL FILING
Expiration: 07/30/2024

**Debtor 1**
ATI GOVERNMENT SOLUTIONS, LLC
[redacted]
Arlington, VA 22201-3361

**Secured Party Info 1**
BRANCH BANKING AND TRUST COMPANY
2200 Wilson Blvd Ste 200
Arlington, VA 22201-3324

**Collateral**
ACCOUNT(S) INCLUDING PROCEEDS AND PRODUCTS;GENERAL INTANGIBLE(S) INCLUDING PROCEEDS AND PRODUCTS;EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS

| | | | | | | |
|---|---|---|---|---|---|---|
| 5. | Debtor | Closed | | U220192451835 | CA | Termination |

**Filing 2**
Filing Number: U250145608630
Filing Date: 05/30/2025
Filing Type: TERMINATION
Expiration: 05/11/2027

**Filing 1**
Filing Number: U220192451835
Expiration: 05/11/2027

**Debtor 1**
ATI GOVERNMENT SOLUTIONS, LLC
[redacted]

Frederick, MD 21701-5980

**Secured Party Info 1**
FORBRIGHT BANK
4445 Willard Ave Ste 1000
Chevy Chase, MD 20815-3791

## Real Property (0 current, 0 prior)

## Personal Property (0 current, 0 prior)
## Motor Vehicles (Showing 0 of 0)
## Watercraft (Showing 0 of 0)
## Aircraft (Showing 0 of 0)

**Associates**

## Executives: Prior - 2 prior executive(s) found

| NO. | NAME | TITLE |
|---|---|---|
| 1. | [redacted]<br>Moderate Risk<br>Associated with Other Companies | OFFICER |
| 2. | Mulyayeva, Marina<br>Associated with Other Companies | GOVERNOR |

## Registered Agents - 4 registered agent(s) found

| NO. | NAME | ADDRESS | STATE | DATE(S) |
|---|---|---|---|---|
| 1. | CALIFORNIA REGISTERED AGENT INC | 1401 21st St Ste 370<br>Sacramento, CA 95811-5229 | California | 08/18/2023 - 05/15/2025 |
| 2. | REGISTERED AGENTS INC | 212 W Troy St Ste B<br>Dothan, AL 36303-4455 | Alabama | 10/17/2017 - 10/06/2025 |
| 3. | REGISTERED AGENTS INC. | 2501 Chatham Rd Ste R<br>Springfield, IL 62704-4188 | Illinois | 10/02/2023 - 08/01/2025 |
| 4. | REGISTERED AGENTS INC. | 500 Thayer Ctr Ste C<br>Oakland, MD 21550 | Maryland | 04/05/2018 - 10/16/2025 |

## Possible Employees - 2 current, 4 prior employees found

| NO. | NAME | ADDRESS | STATUS | DATE(S) |
|---|---|---|---|---|
| 1. | [redacted]<br>N/A | [redacted]<br>Arlington, VA 22201-3361 | Current | 03/2018 - 06/11/2024 |
| 2. | [redacted]<br>N/A | [redacted]<br>Arlington, VA 22201-3361 | Current | 03/2018 - 06/11/2024 |
| 3. | [redacted] | [redacted]<br>Arlington, VA 22201-3361 | Prior | |
| 4. | [redacted] | [redacted]<br>Arlington, VA 22201-3361 | Prior | |
| 5. | [redacted] | [redacted]<br>Arlington, VA 22201-3361 | Prior | |
| 6. | [redacted] | [redacted]<br>Susanville, CA 96130-4796 | Prior | |

## Person Associates - 1 other person associates found

| NO. | NAME | ADDRESS | ROLE |
|---|---|---|---|
| 1. | Bank, John Marshall | 1943 Isaac Newton Sq E Ste 100<br>Reston, VA 20190-5013<br>Fairfax County | UCC |

## Possible Connected Business - 6 businesses found

| NO. | NAME | ADDRESS |
|---|---|---|
| 1. | ATI GOVERNMENT SOLUTIONS, LLC | [redacted]<br>Sacramento, CA 95811-5226<br>Sacramento County |
| 2. | ATI GOVERNMENT SOLUTIONS, LLC | [redacted]<br>Frederick, MD 21701<br>Frederick County |
| 3. | EXIGENT SOLUTION | [redacted]<br>San Jose, CA 95136-3759<br>Santa Clara County |
| 4. | EXIGENT SOLUTIONS LLC | [redacted]<br>Susanville, CA 96130-4573<br>Lassen County |
| 5. | O'NEILL PARAGON SOLUTIONS LLC | [redacted]<br>Silver Spring, MD 20910-1420<br>Montgomery County |
| 6. | SIRCOMED | [redacted]<br>Susanville, CA 96130-3628<br>Lassen County |

## Business Associates - 2 business associates found

| NO. | NAME | ADDRESS | ROLE |
|---|---|---|---|
| 1. | BRANCH BANKING AND TRUST COMPANY | 2200 Wilson Blvd Ste 200<br>Arlington, VA 22201-3324<br>Arlington County | UCC |
| 2. | FORBRIGHT BANK | 4445 Willard Ave Ste 1000<br>Chevy Chase, MD 20815-3791<br>Montgomery County | UCC |

## Sources - 32 record(s) found

| | |
|---|---|
| All Sources | 32 Source Documents |
| LexisNexis Corporate Affiliations | 1 Source Documents |
| Experian Business Data | 3 Source Documents |
| Corporate Filings | 6 Source Documents |
| UCC | 5 Source Documents |
| Government Agency | 4 Source Documents |
| Other Directories | 8 Source Documents |
| Experian | 5 Source Documents |

Key

High Risk Indicator. These symbols may prompt you to investigate further.

Moderate Risk Indicator. These symbols may prompt you to investigate further.

General Information Indicator. These symbols inform you that additional information is provided.

The most recent telephone listing as reported by Electronic Directory Assistance.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**FCRA:** The data provided to you by use of this product may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment or other purposes identified under the Fair Credit Reporting Act (FCRA).

Your DPPA Permissible Use: I have no permissible use
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: I have no permissible use
Your DMF Permissible Use: I have no permissible use

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

---

End of Document

An official website of the United States government Here's how you know

Federal Service Desk Help During Temporary Government Shutdown
Show Details
*Oct 9, 2025*

Revolutionary FAR Overhaul Impacts to SAM.gov
Show Details
*Aug 15, 2025*

See All Alerts

SAM.GOV®

Home Search Data Bank Data Services Help

# Core Data

- Entity Registration
  - Core Data
    - Business Information
    - Entity Types
    - Financial Information
    - Taxpayer Information
    - Points of Contact
    - Security Information
  - Assertions
  - Reps and Certs (FAR/DFARS)
  - Reps and Certs (Financial Assistance)
- Exclusions

Responsibility / Qualification

Entity Reporting

**Entity Information**

# ATI GOVERNMENT SOLUTIONS LLC

Active Registration

Unique Entity ID
**C1ZLDAS18FJ3**

CAGE/NCAGE
**6LBT0**

*Expiration Date*
**Sep 9, 2026**

Physical Address
[redacted]
**Frederick, Maryland 21701-5980, United States**

Mailing Address
[redacted]
**Frederick, Maryland 21701-5980, United States**

Purpose of Registration
**All Awards**

**Review** Exclusions

Version

Current Record

## BUSINESS INFORMATION

Doing Business As
**(blank)**

URL
**www.atisolutions.us**

Division Name
**Ati Government Solutions Llc**

Division Number
**(blank)**

Congressional District
**Maryland 06**

State/Country of Incorporation
**Virginia, United States**

### Registration Dates

Activation Date
**Sep 16, 2025**

Submission Date
**Sep 9, 2025**

Initial Registration Date
**Feb 26, 2019**

| Owner | CAGE | Legal Business Name |
| --- | --- | --- |

### Entity Dates

| | | |
|---|---|---|
| Immediate Owner | 5SFM8 | SIRCO FEDERAL SERVICES |
| Highest Level Owner | (blank) | (blank) |

| Entity Start Date | Fiscal Year End Close Date |
|---|---|
| Oct 1, 2011 | Dec 31 |

### Executive Compensation

Registrants in the System for Award Management (SAM) respond to the Executive Compensation questions in accordance with Section 6202 of P.L. 110 252, amending the Federal Funding Accountability and Transparency Act (P.L. 109 282). This information is not displayed in SAM. It is sent to USAspending.gov for display in association with an eligible award. Maintaining an active registration in SAM demonstrates the registrant responded to the questions.

## SAM SEARCH AUTHORIZATION

I authorize my entity's non sensitive information to be displayed in SAM public search results:

✅ Yes

## ENTITY TYPES

### Business Types

| | |
|---|---|
| Entity Structure | **Other** |
| Entity Type | **Business or Organization** |
| Profit Structure | **For Profit Organization** |
| Organization Factors | **Limited Liability Company** |

### Socio-Economic Types

**Indian Economic Enterprise, Indian Small Business Economic Enterprise, Minority-Owned Business, Self Certified Small Disadvantaged Business, Native American Owned**

Check the registrant's Reps & Certs, if present, under FAR 52.212 3 or FAR 52.219 1 to determine if the entity is an SBA certified HUBZone small business concern. Additional small business information may be found in the SBA's Dynamic Small Business Search if the entity completed the SBA supplemental pages during registration.

**SBA Certified 8(a) Program Participant**
Entrance Date: **Feb 15, 2019**
Exit Date: **Feb 14, 2029**

### Federally Recognized Native American Entity

Tribally Owned Firm, American Indian Owned, Indian Tribe (Federally Recognized)

## FINANCIAL INFORMATION

### Payments

Accepts Credit Card Payments
**No**

Debt Subject To Offset
**No**

### ACCOUNT DETAILS

EFT Indicator **0000**
CAGE Code **6LBT0**

## TAXPAYER INFORMATION

Taxpayer Name
**ATI Government Solutions LLC**

Address
[redacted]
**Frederick, MD 21701-5980**
**United States**

Name/Title of Individual Executing Consent
**Ceo**

EIN
[redacted]

Type of Tax
**Applicable Federal Tax**

Tax Year (Most Recent Tax Year)
**2017**

TIN Consent Date
**Sep 9, 2025**

## POINTS OF CONTACT

### Accounts Receivable POC

#### Primary Point of Contact

**Marina Mulyayeva, CFO**

Email
[redacted]

Phone
[redacted]

### Electronic Business

#### Primary Point of Contact

**Firmadge Crutchfield, CEO**

Email
[redacted]

Phone
[redacted]

Address
[redacted]
**Frederick, Maryland 21701-5980**
**United States**

### Government Business

#### Primary Point of Contact

**Firmadge Crutchfield, CEO**

Email

Phone

Address

[redacted] | [redacted] | [redacted]
Frederick, Maryland 21701-5980
United States

## Alternate Point of Contact

**Scott Deutschman, Corporate Development Officer**

| Email | Phone | Address |
|---|---|---|
| [redacted] | [redacted] | [redacted] Frederick, Maryland 21701 United States |

## SECURITY INFORMATION

Company Security Level
**Government Secret**

Highest Employee Security Level
**Government Top Secret**

Feedback

**Our Website**

About This Site

Our Community

Release Notes

System Alerts

**Policies**

Terms of Use

Privacy Policy

Restricted Data Use

**Our Partners**

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

**Customer Service**

Help

Check Entity Status

Freedom of Information Act

Accessibility

Federal Service Desk

External Resources

Contact

GSA®

⚠ WARNING

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov
An official website of the U.S. General Services Administration